# EXHIBIT B

# US 9430131 Claim chart
# vs
# Dyln

# U.S. Patent No. US 9,430,131

Inventor: Guangsheng Zhang

Current Assignee: LINFO IP LLC

Worldwide applications

2014 US

Application US14/225,422 events

2013-03-25 Priority to US201361805141P

2013-04-09 Priority to US201361809893P

2014-03-25 Application filed by Guangsheng Zhang

2014-03-25 Priority to US14/225,422

2016-08-30 Application granted

2016-08-30 Publication of US9430131B1

2021-08-09 Assigned to LINFO IP LLC

2021-09-09 First worldwide family litigation filed

Status Active

2034-10-31 Adjusted expiration

| 14/225,422 | Claims priority from a provisional application | 61/805,141 | 03/25/2013 |
|---|---|---|---|

**Total patent Term Adjustments 220 days**

# Related Products

- The following chart is based on Dyln web site.



**https://www.dyln.co/products/extra-vitabead-diffusers**



# US 9,430,131: Claims 18

18. A computer-implemented method for presenting information, comprising:

obtaining a plurality of electronic objects comprising multiple files or file folders or directories in a computer file system, multiple contacts in a contact list or address book;

identifying an attribute or attribute value associated with a subset of objects in the plurality of electronic objects,

wherein the attribute includes a piece of metadata including the number of times the subset of objects are accessed within a given period of time, or an attribute obtained from the content of the subset of objects, including a specific word or phrase contained in the subset of objects, or a class membership of the subset of objects, or a specific semantic attribute associated with a word or phrase contained in the subset of objects;

displaying a name or description representing the attribute or attribute value in a user interface,

grouping the subset of objects into a group, or labeling the subset of objects with a label based on the attribute or attribute value;

providing an option for the group or label to be associated with an importance value specified by a user;

receiving the importance value specified by a user.

# US 9,430,131: Claims 18

| 18. A computer-implemented method for presenting information, comprising: | For Example:  Dyln  web site has a <u>product review section</u> that allows customers to filter reviews from high, meaning the positive 5-star ( 5* )  to low, meaning, negative 1-star ( 1* ) reviews. |
|---|---|

## Customer Reviews



**4.9** ★★★★★
Based on 209 Reviews

5 ★ ▓▓▓▓▓▓▓▓▓▓ 93%
4 ★ ▓ 3%
3 ★ ▎ 2%
2 ★ 0%
1 ★ 0%

🔍 love

**CM** **Caprisa M** Verified Buyer ✓
★★★★★

**Perfect**

This replacement straw cap brought my water bottle to life! I could drink out of it without any effort. I love this water bottle!

Reviewed for: Straw Sports Cap   ◁ Share

**MK** **MaryLou K** Verified Buyer ✓
★★★★★

**25 oz DYLN BOTTLE**

I love this 25 oz. size and the Crimson color is better than the picture on the website. I have a 21 oz. which I retired because the 25 oz h

# US 9,430,131: Claims 18

| | |
|---|---|
| **obtaining a plurality of electronic objects comprising multiple files** or file folders or directories in a computer file system, multiple contacts in a contact list or address book; | For Example:  The customer clicks on the reviews on Dyln  web site and **multiple electronic objects  can be obtained comprising review files. Using Dyln's website, a user can click on a review section, for example, "5*, 4*,3*,2*,1*".  These are associated with Star ratings, for example, as can be seen below, 5*, is associated with 5 stars " ***** ", meaning positive reviews. A user can select a first semantic attribute, for example, "5*" meaning 5-Star ***** reviews, or positive reviews.** |



# US 9,430,131: Claims 18

| **identifying an attribute** or attribute value **associated with a subset of objects in the plurality of electronic objects,** | The attribute, for example, **" ***** ", (found in green dashed line below)** meaning positive reviews, can be identified when a user clicks on **5\* (found in red dashed line below)** and is associated with a subset of objects, for example, the (**5\* positive reviews**), within the **plurality of electronic objects**, for example, the (**5\* positive reviews to 1\* negative reviews**.) (**found in blue dashed box below**) |
|---|---|



# US 9,430,131: Claims 18

**wherein the attribute includes a piece of metadata including** the number of times the subset of objects are accessed within a given period of time, or an attribute obtained from the content of the subset of objects, including a specific word or phrase contained in the subset of objects, or a class membership of the subset of objects, , **or a specific semantic attribute associated with a word or phrase contained in the subset of objects**;

The "*****" attribute includes metadata including a specific semantic attribute, for example, the "*****" positive reviews expressed by customers. These "*****" positive reviews are associated with the words "**"I love the water bottle, I love this 25 oz…",** " that can be found in the **subset of objects,** that were typed by a customer.



# US 9,430,131: Claims 18

| displaying a name or description representing the attribute or attribute value in a user interface; | A user interface displays the " 5* ",as a name or description representing the attribute ***** for the highest rated "5 stars ***** Positive reviews". |



# US 9,430,131: Claims 18

| | |
|---|---|
| **grouping the subset of objects into a group**, or labeling the subset of objects with a label **based on the attribute** or attribute value; | All the **subset reviews 5\* (objects)** associated with attribute **\*\*\*\*\*** of the **5 stars** \*\*\*\*\* positive reviews can be **grouped together**, from the plurality of electronic objects that are associated with all the combined 5 stars \*\*\*\*\* positive reviews. |



# US 9,430,131: Claims 18

providing an **option for the group** or label to be associated with an importance value specified by a user;

The user can **specify an importance value by typing**, for example, "**Love**" in the search window.



## Customer Reviews

**4.9** ★★★★★
**Based on 209 Reviews**

| | |
|---|---|
| 5★ | 93% |
| 4★ | 3% |
| 3★ | 2% |
| 2★ | 0% |
| 1★ | 0% |



🔍 love

**CM**  **Caprisa M** Verified Buyer ✓
★★★★★

**Perfect**

This replacement straw cap brought my water bottle to life! I could drink out of it without any effort. I love this water bottle!

Reviewed for: Straw Sports Cap  ◄ **Share**

**MK**  **MaryLou K** Verified Buyer ✓
★★★★★

**25 oz DYLN BOTTLE**

I love this 25 oz. size and the Crimson color is better than the picture on the website. I have a 21 oz. which I retired because the 25 oz h

# US 9,430,131: Claims 18

receiving the
importance value
specified by a user.

The customer can view all the reviews with "**Love**" (**receiving the importance value**) **specified by a user** or customer.

